**No. 58030.**—Kwan Lee Co., Inc., and W. J. Byrnes & Co. of N. Y., Inc., et al. *v.* United States, protests 164033–K, etc. (New York).

Opinion by EKWALL, J. In accordance with stipulation of counsel that the merchandise consists of silent butlers, smoothing irons, and trays the same in all material respects as those involved in *Ignaz Strauss & Co., Inc.* v. *United States* (9 Cust. Ct. 342, C. D. 710), *The Fan Co.* v. *United States* (25 Cust. Ct. 42, C. D. 1261), and *Ignaz Strauss & Co., Inc.* v. *United States* (28 Cust. Ct. 280, C. D. 1423), the claim of the plaintiffs was sustained.

**No. 58031.**—Morganite, Inc. *v.* United States, protest 218053–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of Morganite strips for trolley inserts similar in all material respects to those the subject of *Morganite, Inc.* v. *United States* (29 Cust. Ct. 76, C. D. 1448), the claim of the plaintiff was sustained.

**No. 58032.**—R. U. Delapenha & Co., Inc. *v.* United States, protest 210075–K (New York).

Opinion by JOHNSON, J. In accordance with stipulation of counsel that the merchandise consists of grenadine the same in all material respects as that the subject of *La Manna, Azema & Farnan, Inc.* v. *United States* (39 C. C. P. A. 44, C. A. D. 461), the claim of the plaintiff was sustained.